# The State of Texas



| | | |
|---|---|---|
| Citations Unit<br>P.O. Box 12079<br>Austin, Texas 78711-2079 | | Phone: 512-463-5560<br>Fax: 512-463-0873<br>TTY (800) 735-2989<br>www.sos.state.tx.us |

## Secretary of State

May 27, 2008

Jason P Bloom
Hayens and Boone LLP
3100 Bank of America Plaza
901 Main Street
Dallas, TX 75202-3789

> **2008-150854**
> Include reference number in all correspondence

RE: Keller Williams Realty Inc VS Charles Lapeer et al
United States District Court for the Southern District of Texas
Cause No: 408CV1292

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Louis S. Villarreal
Citations Unit

Enclosure

**RECEIVED**
JUN 0 2 2008
HAYNES & BOONE LLP



# The State of Texas
## Secretary of State

2008-150854-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiff's Original Complaint Jury Demand and Application For Preliminary and Permanent Injunctive Relief in the cause styled:

    Keller Williams Realty Inc VS Charles Lapeer et al
    United States District Court for the Southern District of Texas
    Cause No: 408CV1292

was received by this office on May 12, 2008, and that a copy was forwarded on May 15, 2008, by CERTIFIED MAIL, return receipt requested to:

    Charles Lapeer aka Charles Lapierre
    Realtorfolders.com
    P O Box 99800
    Emeryville, CA 94662

The RETURN RECEIPT was received in this office dated May 23, 2008, bearing the Signature Of Addressee's Agent.

Date issued: May 27, 2008

*Phil Wilson*

Phil Wilson
Secretary of State

ST/lsv



# The State of Texas
## Secretary of State

2008-150854-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiff's Original Complaint Jury Demand and Application For Preliminary and Permanent Injunctive Relief in the cause styled:

> Keller Williams Realty Inc VS Charles Lapeer et al
> United States District Court for the Southern District of Texas
> Cause No: 408CV1292

was received by this office on May 12, 2008, and that a copy was forwarded on May 15, 2008, by CERTIFIED MAIL, return receipt requested to:

> John Richards
> Realtorfolders.com
> P O Box 99800
> Emeryville, CA 94662

The RETURN RECEIPT was received in this office dated May 23, 2008, bearing the Signature Of Addressee's Agent.

Date issued: May 27, 2008

*Phil Wilson*

Phil Wilson
Secretary of State

ST/lsv