

# The State of Texas
## Secretary of State

2008-150854-2

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiff's Original Complaint Jury Demand and Application For Preliminary and Permanent Injunctive Relief in the cause styled:

    Keller Williams Realty Inc VS Charles Lapeer et al
    United States District Court for the Southern District of Texas
    Cause No: 408CV1292

was received by this office on May 12, 2008, and that a copy was forwarded on May 15, 2008, by CERTIFIED MAIL, return receipt requested to:

    John Richards
    Realtorfolders.com
    P O Box 99800
    Emeryville, CA 94662

The RETURN RECEIPT was received in this office dated May 23, 2008, bearing the Signature Of Addressee's Agent.

Date issued: May 27, 2008

*Phil Wilson*

Phil Wilson
Secretary of State

ST/lsv