From: *Keller Williams Realtor Folders <artwork@videotron.ca>*
To: *Kelly Inga <info@pfalliance.com>*
CC: *Kelly Inga <premierteam@pfalliance.com>*
Subject: *Re: KW Santa Clarita Preferred Vendor Project*
Date: *Wed, 23 Aug 2006 13:03:28 -0400 (Eastern Daylight Time)*

# Keller Williams Realty
Santa Clarita Preferred VendorProject!

### Hello Kelly

We recently sent you information (email) on the Keller Williams Preferred Vendor project.

We would like some feedback as to whether you are interested in participating in the project.

Please take a second to let us know what you have decided by clicking on the following links:



**I am interested, please contact me - Click Here**

**I am not interested - Click Here**

**We haven't decided yet, contact us in 2 days time**

We thank you for your consideration.

Sincerely,

## Charles Lapeer

**RealtorFolders.Com**
**charles@realtorfolders.com**
**Toll Free Tel: (800) 810-0268**



EXHIBIT

I

8/29/2006

**Fax: (281) 754-4941**
**Toll Free Fax: (800) 810-0268**

8/29/2006

**From:** KW Folders [mailto:artwork@videotron.ca]
**Sent:** Thursday, September 28, 2006 8:48 AM
**To:** Scott Doruff
**Subject:** Keller Williams San Jose - Preferred Vendor Projects - First National Mortgage

## Please Confirm Receipt of this E-mail - Thank You- Click Here

## I am interested, please contact me - Click Here

## I am not interested - Click Here

## Please View PDF Files by clicking this Link
### (Includes participating offices & price list))

**Keller Williams Realty Preferred Vendor Projects**

Impressions ◇ Humble TX 77338 ◇Phone: 800-810-0268 ◇Fax: 281-754-4941 or 800-810-0268

# Participating Keller Williams offices:
## San Jose Silicon Valley, San Jose Gateway, Cupertino & Fremont offices.

**Hello Scott**

**The team leaders and** agents  of (4) Keller Williams offices
in San Jose asked  us  to  contact all  their  vendors  and offer them the
opportunity of participating in the Preferred Vendor project which we will be
organizing over the next week.  Impressions will be producing their Presentation
Folders for the next 2 years.

---

Keller Williams one of the largest realtor offices in the San Jose area with 530

plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in the project. Being on a very tight schedule (October 13th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will have to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The *Keller Williams folders* (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

## PROMPT PAY 15% DISCOUNT (PPD)

As an added incentive to you in enabling us to keep on schedule with our production date of Oct. 13th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount. The PPD on the first ad is 15% while the PPD on additional ads is 40%.

### Special PPD Price for 1/6 Page & 1/3 Page Ads (First Project Only)

The 1/6 Page ad is offered for $1450.00 & the 1/3 Page ad for $2200.00 both for 24 month period  take. This price is for the first ad, as the PPD for additional ads

**will be 40% off the prices indicated on the Price List.**

**It only makes sense - the sooner the project is completed the sooner you get results!**

**Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.**

---

Look at what an ad in the folders gets you:

- An ad (business cards size or larger) in a minimum of 3000 KW  office presentation folders per office to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase that at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation)

Regard

# Charles lapeer


*RealtorFolders.Com*
john@realtorfolders.com
Toll Free Tel:  (800) 810-0268
Fax: (800) 810-0268
Direct Fax: (281) 754-4941

Humble TX. 77338

**From:** Charles Lapeer [mailto:sales@realtorfolders.com]
**Sent:** Wednesday, October 18, 2006 10:12 AM
**To:** Reid, Steven G.
**Subject:** Keller Williams San Diego area- Preferred Vendor Projects - US National Home Loans

☒ Please Confirm Receipt of this E-mail - Thank You- Click Here

☒ I am interested, please contact me - Click Here

☒ I am not interested - Click Here

☒ Please View PDF Files by clicking this Link
(Includes participating offices & price list)

# Participating Keller Williams offices:
Escondido North County, Carlsbad, Chula Vista & San Diego offices.

**Hello Michael**

**The team leaders and agents of (7) Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week.  Impressions will be producing their Presentation Folders for the next 2 years.**

Keller Williams one of the largest realtor offices in the Los Angeles area with 460 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in the project. Being on a very tight schedule (November 10th) being the Project Completion Date)

we are asking everyone to come to their decision within 3 days otherwise we will have to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The *Keller Williams folders* (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

## PROMPT PAY DISCOUNT (PPD) 15% to 40%

As an added incentive to you in enabling us to keep on schedule with our production date of November 10th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount. The PPD on the first office ad is 15% while the PPD on additional office ads is 40% from the prices indicted on the price list.

### Special PPD Price for 1/6 Page & 1/3 Page Ads (First Office Ad Only)
In addition to the Prompt Pay Discount indicated above, a special price is available for the 1/6 Page ad is offered for $1450.00 & the 1/3 Page ad for $2350.00 both for 24 month period. These prices are for the first office ad only, as additional ads will be 40% off the prices indicated on the Price List.
It only makes sense - the sooner the project is completed the sooner you get results!

Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 2000 presentation folders per office per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase that at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation)

Regards

## Charles Lapeer



**RealtorFolders.Com**
john@realtorfolders.com
Toll Free Tel:  (800) 810-0268
        Fax: (800) 810-0268

Humble TX. 77338

**From:** KW Folders [mailto:artwork@videotron.ca]
**Sent:** Monday, January 22, 2007 9:14 AM
**To:** Michael Hunstad
**Subject:** Keller Williams San Luis Obispo area- Preferred Vendor Projects - Hunstad Lending Group

**? Please Confirm Receipt of this E-mail - Thank You- Click Here**

**✔ I am interested, please contact me - Click Here**

**✗ I am not interested - Click Here**

**$ Please View PDF Files by clicking this Link
(Includes participating offices & price list)**

**Participating Keller Williams offices:**
Paso Robles, Pismo Beach, and Santa Maria offices.

1/26/2007

Hello Michael

**The team leaders and agents of (4) Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Impressions will be producing their Presentation Folders for the next 2 years.**

---

Keller Williams one of the largest realtor offices in the San Luis Obispo area with 230 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in the project. Being on a very tight schedule (February 9th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The *Keller Williams folders* (click on text at left to view samples) **will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.**

### PROMPT PAY DISCOUNT (PPD) 15% to 40%

As an added incentive to you in enabling us to keep on schedule with our production date of February 9th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount. The PPD on the first office ad is 15% while the PPD on additional office ads is 40% from the prices indicted on the price list.

### Special PPD Price for 1/6 Page & 1/3 Page Ads **(First Office Ad Only)**

In addition to the Prompt Pay Discount indicated above, a special price is available for the 1/6 Page ad is offered for $1450.00 & the 1/3 Page ad for $2350.00 both for 24 month period. These prices are for the first office ad only, as additional ads will be 40% off the prices indicated on the Price List.

It only makes sense - the sooner the project is completed the sooner you get results!

**Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.**

---

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 1500 presentation folders per office per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- **Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.**

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation or click on link on the right  - Exclusivity)

Regards

# Charles Lapeer

*RealtorFolders.Com*
charles@realtorfolders.com
Toll Free Tel:  (800) 810-0268
Fax: (800) 810-0268

Humble TX. 77338

From: KW Folders [mailto:artwork@videotron.ca]
Sent: Monday, April 16, 2007 4:25 PM
To: Andy Borter
Subject: Keller Williams Raleigh, Cary & Chapel Hill - Preferred Vendor
Projects - Charter Funding

<mailto:sales@realtorfolders.com?Subject=Received%20email> Please Confirm
Receipt of this E-mail - Thank You
<mailto:sales@realtorfolders.com?Subject=Received%20email> -
<mailto:sales@realtorfolders.com?Subject=Received%20email> Click Here

Please

<http://realtorfolders.com/vendors/Raleigh_Cary_ChapHill_projects.html>
View PDF Files by clicking this Link

(Includes participating offices & price list)

<http://www.templatezone.com/>

Keller Williams Realty Preferred Vendor Projects

<http://www.templatezone.com/stationery/shared/tz_2_con.gif>

Pandora Folder
<http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Houston TX
77079 <http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Phone:
800-810-0268 <http://www.templatezone.com/stationery/shared/tz_2_dot.gif>
Fax: 800-810-0268

<http://www.templatezone.com/stationery/shared/tz_2_1p.gif>

Participating Keller Williams offices:

Raleigh, Cary, and Chapel Hill offices.

Hello Andy

The team leaders and agents of (3) Keller Williams offices asked us to
contact all their vendors and offer them the opportunity of participating
in the Preferred Vendor project which we will be organizing over the next
week. Pandora will be producing their Presentation Folders for the next 2
years.

_____

Please let us know?

I
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> am interested, please contact me - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> Here

I
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> am not interested - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> Here

Keller Williams one of the largest realtor offices in the area with 310 plus
agents are putting together their "Preferred Vendor" presentation folders
that will be used daily by all agents. Inside the folder they will be
highlighting their preferred vendors and these are the vendors that the
agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in the project. Being on a very tight schedule (March 1st) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: <http://advertisers.libertymarketinggroup.com/> <http://www.realtorfolders.com/> http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The <http://www.realtorfolders.com/gallery1.htm> Keller Williams folders (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.


PROMPT PAY DISCOUNT (PPD) 15% to 40%

(Note: prices shown are per office)


As an added incentive to you in enabling us to keep on schedule with our production date of March 30th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount.


The PPD on the first office ad is 15% while the PPD on additional office ads is 40% from the prices indicted on the price list with the exception of the 1/3 & 1/6 Page ads which have a special price for the first ad as shown below.

1/6 Page & 1/3 Page Ads Special Price (see price List for additional sizes)

A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1450.00 & the 1/3 Page ad for $2450.00 both for 24 month period. These prices are for the first office ad only, as additional ads will be 40% off the prices indicated on the Price List.

It only makes sense - the sooner the project is completed the sooner you get results!


Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.

---

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 1500 presentation folders per office per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Your business will be listed on the Keller Williams website as a Service
Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt
reply as to whether you are interested in participating and at what level.
(Exclusivity is available, see price list for explanation or click on link
on the right - Exclusivity <http://realtorfolders.com/exclusivity.htm> )

I am interested, please contact me - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> Here


I am not interested - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> Here

Regards

Charles Lapeer

RealtorFolders.Com

<mailto:charles@realtorfolders.com> charles@realtorfolders.com

Toll Free Tel: (800) 810-0268

Fax: (800) 810-0268


Houston TX 77079

**Subject:** [Fwd: KW Contract/Invoice & payment instructions for KW Preferred Vendor Project]
**From:** TeamV <team_v@earthlink.net>
**Date:** Tue, 22 May 2007 21:15:48 -0700
**To:** "fv >> \"fv >> Frank Valvo\"" <fvalvo@earthlink.net>

------- Original Message -------
Subject: KW Contract/Invoice & payment instructions for KW Preferred Vendor Project
  Date: Tue, 22 May 2007 14:18:31 -0400 (Eastern Daylight Time)
  From: KW Folders <impressions@videotron.ca>
    To: Frank Valvo <frank@teamv.org>

. Frank, <u>Please Confirm Receipt of this E-mail - Thank You</u>

Pandora Folders • Houston TX77079• Phone/Fax Toll Free: 800-852-1807 • Phone/Fax: 582-252-8361

# Hello Frank

## We thank you on behalf of Keller
## Williams office for your participation!

I have attached the contract/Invoice (PDF attachment) for the KW presentation folders as per our conversation.

Please date & sign the contract & fax a copy to(800) 810-0268

Additional offices for the 1/6 Ad are only $1979.95 per office with the Prompt Pay Discount. Should you decide on participating in another office please indicate on contract.

### ARTWORK

**Artwork** (company logo) can be emailed to <u>artwork@realtorfolders.com</u> If hard copy or CD, forward to address on contract. All artwork should be in one of the following formats, pdf, cdr. jpeg, tiff or psd. (all a minimum 300 dpi)

**Don't Forget to qualify for Prompt Pay Discount we must receive items below by the dates indicated & as shown on the contract.**

1) Fax a signed contract by May 23rd to 800-810-0268

2) Send check by FedEx or UPS payable to **Liberty** to be received no later than May 25th to the address shown on the bottom of the contract & this email.

3) Advise us of the FedEx or UPS tracking number not later than May 24th

4) Artwork must arrive no later than June 7th

If you have any questions please contact me at your earliest convenience.

Thank you

# Charles Lapeer

*RealtorFolders.com*
charles@realtorfolders.com
Direct Tel/Fax: 562-252-8361
Toll Free Tel/Fax: (800) 810-0268

Liberty Folders
14781 Memorial Drive, Suite 896
Houston, TX 77079

From: Pandora Folders [mailto:pandorafolders@videotron.ca]
Sent: Monday, June 18, 2007 9:21 AM
To: Pete Petri
Subject: Keller Williams Preferred Vendor Projects

HYPERLINK "http://ccprod.roving.com/roving/images/letters/vday_tl_cnr.gif"(

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_top_line.gif"-

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_left_line.gif"|

Keller Williams Realty
Keller Williams area Preferred Vendor Projects! HYPERLINK
"http://libertymarketinggroup.com/kwcovera.jpg"

Hello Pete

We recently sent you information (email) on the Keller Williams Preferred
Vendor projects.

We would like some feedback as to whether you are interested in
participating in the project.

Please take a second to let us know what you have decided and a time when we
can contact you by clicking on the following links:

HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me"I am interested, please contact me - HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me"Click Here

HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time"I am not interested - HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time"Click Here

HYPERLINK
"mailto:sales@realtorfolders.com?Subject=We%20haven't%20decided,%20contact%2
0us%20in%202%20days%20time"We haven't decided yet, contact us in 2 days time

We thank you for your consideration.

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_left_line.gif"|

Sincerely,

Charles Lapeer

PandoraFolders.com

HYPERLINK "mailto:charles@realtorfolders.com"charles@realtorfolders.com

Toll Free Tel: (800) 810-0268

Fax: (281) 754-4941

Toll Free Fax: (800) 810-0268HYPERLINK "http://libertymarketingroup.com/"

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_right_line.gif"|

HYPERLINK "http://ccprod.roving.com/roving/images/letters/vday_bl_cnr.gif"(

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_bottom_line.gif"-

HYPERLINK
"http://ccprod.roving.com/roving/images/letters/vday_bottom_line.gif"-

HYPERLINK "http://ccprod.roving.com/roving/images/letters/vday_br_cnr.gif"(

From: KW Folders [mailto:artwork@videotron.ca]
Sent: Thursday, June 14, 2007 7:52 AM
To: Pete Petri
Subject: Keller Williams San Jose Preferred Vendor Projects - TMG Lending

HYPERLINK "mailto:sales@realtorfolders.com?Subject=Received%20email"
\nPlease Confirm Receipt of this E-mail - Thank YouHYPERLINK
"mailto:sales@realtorfolders.com?Subject=Received%20email" \n- HYPERLINK
"mailto:sales@realtorfolders.com?Subject=Received%20email" \nClick Here

HYPERLINK
"http://realtorfolders.com/vendors/sj_Projects.html"(Participating offices &
price list) (HYPERLINK
"http://realtorfolders.com/vendors/sj_Projects.html"Click Here)

HYPERLINK "http://www.templatezone.com/"

Keller Williams Realty Preferred Vendor Projects

Pandora Folders Houston TX 77079 Phone: 562-252-8361 Toll Free
Phone/Fax: 800-810-0268

Participating Keller Williams offices:

San Jose Gateway (San Jose), Santa Cruz and San Jose Silicon Valley
(Campbell) offices. .

Hello Pete

The team leaders and agents of (3) Keller Williams offices asked us to
contact all their vendors and offer them the opportunity of participating
in the Preferred Vendor project which we will be organizing over the next
week. Pandora will be producing their Presentation Folders for the next 2
years.

Please let us know?

HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Interested,%20please%20con
tact%20me" \nI am interested, please contact me - HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Interested,%20please%20con
tact%20me" \nClick Here

HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time" \nI am not interested - HYPERLINK
"mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time" \nClick Here

Keller Williams one of the largest realtor offices in the area with a
combined total or over 250 plus agents are putting together their "Preferred
Vendor" presentation folders that will be used daily by all agents. Inside
the folder they will be highlighting their preferred vendors and these are
the vendors that the agents will be recommending during the next 12 to 24
months.

Limiting participation to only 2 lenders per office, we have contacted you
(one of the first three) in order to offer you the first opportunity of
participating in one or more of the projects. Being on a very tight
schedule (June 22nd) being the Project Completion Date) we are asking
everyone to come to their decision within 3 days otherwise we will be
obliged to contact another lender. With this in mind we have decided to
offer you a special incentive discount 'Prompt Pay Discount' as our way of
showing our appreciation for making your decision promptly. This discount is
explained in detail later on.

You can get a better idea of what the folders look like if you visit our web
site at: HYPERLINK "http://advertisers.libertymarketingroup.com/"
\nHYPERLINK "http://www.realtorfolders.com/"
\nhttp://www.realtorfolders.com. These legal size (9" by 15") presentation
folders will be used daily whenever they need to present or to transfer
information to a new or a potential client. For instance, when an agent is
showing a property to a prospective buyer the agent would put the listing
information in the folder with his/her business card. As the presentation
folders will be handed out to all clients, it assures that your company's
name will be mentioned every time a Keller Williams agent sells or shows a
home.

The HYPERLINK "http://www.realtorfolders.com/gallery1.htm" \nKeller Williams
folders (click on text at left to view samples) will only display the Keller
Williams Preferred Vendors, which the agents will promote on a daily basis.
Due to the high quality and durability of the folders most homeowners use
the folders to store their home documents in and use the folders as a
reference for home services needs they may require now or in the future.

PROMPT PAY DISCOUNT (PPD) 15% to 40%

*** (Note: all prices shown are per office) ***

As an added incentive to you in enabling us to keep on schedule with our production date of June 22nd, you can save a minimum of 15% on the price of all ads when you take advantage of the discount.

The PPD on the first office ad is 15% while the PPD on additional office ads is 40% from the prices indicted on the price list with the exception of the 1/3 & 1/6 Page ads which have a special price for the first office ad as shown below.

1/6 Page & 1/3 Page Ads Special Price (see price List for additional sizes)

A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1450.00 & the 1/3 Page ad for $2450.00 both for 24 month period. These prices are for the first office ad only, as additional ads will be 40% off the prices indicated on the Price List.

It only makes sense - the sooner the project is completed the sooner you get results!

Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 2000 presentation folders per office per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the office(s).

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation or click on link on the right - HYPERLINK "http://realtorfolders.com/exclusivity.htm"Exclusivity)

I am interested, please contact me - HYPERLINK "mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20contact%20me" \nClick Here

I am not interested - HYPERLINK "mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th is%20time" \nClick Here

Regards

Charles Lapeer

PandoraFolders

HYPERLINK "mailto:charles@realtorfolders.com"charles@realtorfolders.com

Direct: (562) 252-8361

Toll Free Tel/Fax: (800) 810-0268


HYPERLINK "http://vendors.realtorfolders.com/" \n

**From:** Charles Lapeer [mailto:sales@realtorfolders.com]
**Sent:** Wednesday, June 27, 2007 10:31 AM
**To:** Dawn Smith
**Subject:** Keller Williams Preferred Vendor Projects - Wachovia

Please Confirm Receipt of this E-mail - Thank You- Click Here

(Participating offices & price list) (Click Here)

**Participating Keller Williams offices:**

Castro Valley, Livermore Business Ctr, Pleasanton/Livermore, Pleasanton Bus. Ctr & Fremont offices.

Hello Dawn

The team leaders and agents of (5) Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Pandora will be producing their Presentation Folders for the next 2 years.

---

### Please let us know?

☐ I am interested, please contact me - Click Here

☐ I am not interested - Click Here

Keller Williams one of the largest realtor offices in the area with a combined total or over 440 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (July 13th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The *Keller Williams folders* (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

---

### PROMPT PAY DISCOUNT (PPD) 15% to 40%
**\*\*\* (Note: all prices shown are per office) \*\*\***

As an added incentive to you in enabling us to keep on schedule with our production date of July 13th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount.

**The PPD on the first office ad is 15% while the PPD on additional office ads is 40% from the prices indicted on the price list  with the exception of the 1/3 & 1/6 Page ads which have a special price for the first office ad as shown below.**

1/6 Page & 1/3 Page Ads Special Price  (see price List for additional sizes)

**A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1599.95 & the 1/3 Page ad for $2699.95 both for 24 month period. These prices are for the first office ad only, as additional ads will be 40% off the prices indicated on the Price List.**

**It only makes sense - the sooner the project is completed the sooner you get results!**

**Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.**

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 2000 presentation folders per office (3500 folders for the East Valley Office) per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the office(s).

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation or click on link on the right - Exclusivity)

[☐] I am interested, please contact me - Click Here

☐ I am not interested - <u>Click Here</u>

**Regards**

## Charles Lapeer

*RealtorFolders.Com*
<u>charles@realtorfolders.com</u>
**Toll Free Tel:  (800) 810-0268**

-----Original Message-----
**From:** KW Folders [mailto:artwork@videotron.ca]
**Sent:** Monday, July 23, 2007 4:11 PM
**To:** Ogle, Karen
**Subject:** Keller Williams Tulsa Preferred Vendor Projects - BOK Mortgage

Karen

There are only the 3 offices availble (Tulsa Midtown, Owasso & Tulsa South. Should you participate in Owasso office we will include you in a second office of your choice.

**❓ Please Confirm Receipt of this E-mail - Thank You- Click Here**

**(Participating offices & price list) (Click Here)**

**Participating Keller Williams offices:**
1) Tulsa Midtown & 2) Owasso/Tulsa & 3) Tulsa South  offices.

**Hello Karen**

The team leaders and agents of (3) Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Pandora will be producing their Presentation Folders for the next 2 years. The prices indicated are based on participation per project.

**Please let us know?**

✔ **I am interested, please contact me - Click Here**

✘ **I am not interested - Click Here**

7/27/2007

Keller Williams one of the largest realtor offices in the area with a combined total or over 600 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (July 27th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The *Keller Williams folders* (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

## PROMPT PAY DISCOUNT (PPD) 15% to 40%

### *** (Note: all prices shown are per office) ***

As an added incentive to you in enabling us to keep on schedule with our production date of July 27th, you can save a minimum of 15% on the price of all ads when you take advantage of the discount.

The PPD on the first office ad is 15% while the PPD on additional office ads is 30% from the prices indicted on the price list.

## SPECIAL PROMPT PAY PRICE FOR
1/6 Page & 1/3 Page Ads Special Price
(see price List for additional sizes)

A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1599.95 & the 1/3 Page ad for $2699.95 both for 24 month period. These prices are for the first office only, as additional project for these ads will be 30% off the prices indicated on the Price List.

### It only makes sense - the sooner the project is completed the sooner you get results!

### Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedexed to our office & received within 4 days and artwork within 3 weeks.

### Look at what an ad in the folders gets you

- An ad in their (business cards size or larger - a minimum of 2500 presentation folders per office per year to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the office(s).

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation or click on link on the right - **Exclusivity**)

✔ **I am interested, please contact me - Click Here**

✗ **I am not interested - Click Here**

Regards

## Charles Lapeer

**RealtorFolders.Com**
**charles@realtorfolders.com**
**Toll Free Tel:  (800) 810-0268**

From: "KW Folders" <artwork@videotron.ca>
Date: Tue, 7 Aug 2007 08:25:29 -0600
To: "Jeffrey Aronheim" <jaronheim@comcast.net>
Subject: Keller Williams Preferred Vendor Projects - Clarion Mortgage

Hello Jeff

The email previously sent had a defective link for (Complete List of participating offices)

It has been corrected below:

<mailto:sales@realtorfolders.com?Subject=Received email> Please Confirm Receipt of this E-mail - Thank You
<mailto:sales@realtorfolders.com?Subject=Received email> - <mailto:sales@realtorfolders.com?Subject=Received email> Click
Here

<http://www.templatezone.com/>

Keller Williams Realty Preferred Vendor Projects

<http://www.templatezone.com/stationery/shared/tz_2_con.gif>

Pandora Folders <http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Houston TX 77079
<http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Phone: 562-252-8361
<http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Toll Free Phone/Fax: 800-810-0268

<http://www.templatezone.com/stationery/shared/tz_2_1p.gif>

Participating Keller Williams offices:

1) Cherry Creek & 2) Denver East offices & other KW area offices

for a complete list of participating offices click below

( <http://realtorfolders.com/PDFgallerya5.htm> Complete list of participating offices & price list)

Hello Jeff

The team leaders and agents of (3) Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Pandora will be producing their Presentation Folders for the next 2 years.

_____

Please let us know?

<mailto:sales@realtorfolders.com?Subject=I am Interested, please contact me> I am interested, please contact me - Click Here
<mailto:sales@realtorfolders.com?Subject=I am Interested, please contact me>

I am not interested <mailto:sales@realtorfolders.com?Subject=I am Not Interested at this time> - Click Here
<mailto:sales@realtorfolders.com?Subject=I am Not Interested at this time>

Keller Williams one of the largest realtor offices in the area with a combined total or over 225 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (August 17th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: <http://advertisers.libertymarketingroup.com/> <http://www.realtorfolders.com/> http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The <http://www.realtorfolders.com/gallery1.htm> Keller Williams folders (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

PROMPT PAY DISCOUNT (PPD) 15% to 50%

**\*\*\* (Note: all prices shown are per office) \*\*\***

As an added incentive to you in enabling us to keep on schedule with our production date of August 17th , you can save a minimum of 15% on the price of all ads when you take advantage of the discount.

A 15% discount is given from the prices indicted on the price list should you participate in one office 25% per office for 2 offices & 35% per office for 3 & 50% per office for 4 offices or more.

The only exception is for 1/3 & 1/6 size ads which have a special price (see below) should you decide on participating in 1 office only.

1/6 Page & 1/3 Page Ads Special Price (see price List for additional sizes)

A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1599.95 & the 1/3 Page ad for $2699.95 both for 24 month period. These prices are for the first office ad only as additional ads will be as mentioned above from the prices indicated on the Price List.

It only makes sense - the sooner the project is completed the sooner you get results!

Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.

Look at what an ad in the folders gets you

- An ad in their (business cards size or larger - a minimum of 3000 presentation folders per office over the next 24 month period to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the office(s).

- Your business will be listed on the Keller Williams website as a Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level. (Exclusivity is available, see price list for explanation or click on link on the right - <http://realtorfolders.com/exclusivity.htm> Exclusivity)

I am interested, please contact me - Click Here <mailto:sales@realtorfolders.com?Subject=I am interested, please contact me>

I am not interested - Click Here <mailto:sales@realtorfolders.com?Subject=I am Not Interested at this time>
Regards
Charles Lapeer

RealtorFolders.Com
<mailto:charles@realtorfolders.com> charles@realtorfolders.com
Toll Free Tel: (800) 810-0268

From: KW Folders <mailto:artwork@videotron.ca>

To: Steve <mailto:ssprinkle@ptffinancial.com> Sprinkle

Sent: Wednesday, August 08, 2007 11:51 AM

Subject: Keller Williams Preferred Vendor Projects - PTF Financial

<mailto:sales@realtorfolders.com?Subject=Received%20email> Please Confirm
Receipt of this E-mail - Thank You
<mailto:sales@realtorfolders.com?Subject=Received%20email> -
<mailto:sales@realtorfolders.com?Subject=Received%20email> Click Here

<http://www.templatezone.com/>

Keller Williams Realty Preferred Vendor Projects

<http://www.templatezone.com/stationery/shared/tz_2_con.gif>

Pandora Folders
<http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Houston TX
77079 <http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Phone:
562-252-8361 <http://www.templatezone.com/stationery/shared/tz_2_dot.gif> Phone:
Toll Free Phone/Fax: 800-810-0268

<http://www.templatezone.com/stationery/shared/tz_2_1p.gif>

Participating Keller Williams offices:

1) Cherry Creek & 2) Denver East offices & other KW area offices

for a complete list of participating offices click below

( <http://realtorfolders.com/PDFgallerya5.htm> Complete list of
participating offices & price list)

Hello Steve

The team leaders and agents of (3) Keller Williams offices asked us to
contact all their vendors and offer them the opportunity of participating
in the Preferred Vendor project which we will be organizing over the next
week. Pandora will be producing their Presentation Folders for the next 2
years.

---

Please let us know?

<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> I am interested, please contact me - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> Here

I

<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> am not interested - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> Here

Keller Williams one of the largest realtor offices in the area with a combined total or over 225 plus agents are putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (August 17th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you a special incentive discount 'Prompt Pay Discount' as our way of showing our appreciation for making your decision promptly. This discount is explained in detail later on.

You can get a better idea of what the folders look like if you visit our web site at: <http://advertisers.libertymarketingroup.com/> <http://www.realtorfolders.com/> http://www.realtorfolders.com. These legal size (9" by 15") presentation folders will be used daily whenever they need to present or to transfer information to a new or a potential client. For Instance, when an agent is showing a property to a prospective buyer the agent would put the listing information in the folder with his/her business card. As the presentation folders will be handed out to all clients, it assures that your company's name will be mentioned every time a Keller Williams agent sells or shows a home.

The <http://www.realtorfolders.com/gallery1.htm> Keller Williams folders (click on text at left to view samples) will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis. Due to the high quality and durability of the folders most homeowners use the folders to store their home documents in and use the folders as a reference for home services needs they may require now or in the future.

PROMPT PAY DISCOUNT (PPD) 15% to 50%

*** (Note: all prices shown are per office) ***

As an added incentive to you in enabling us to keep on schedule with our production date of August 17th , you can save a minimum of 15% on the price of all ads when you take advantage of the discount.

A 15% discount is given from the prices indicted on the price list should you participate in one office 25% per office for 2 offices & 35% per office for 3 & 50% per office for 4 offices or more.

The only exception is for 1/3 & 1/6 size ads which have a special price (see below) should you decide on participating in 1 office only.

1/6 Page & 1/3 Page Ads Special Price (see price List for additional sizes)

A special Prompt Pay Price is available for the 1/6 Page ad is offered for $1599.95 & the 1/3 Page ad for $2699.95 both for 24 month period. These prices are for the first office ad only as additional ads will be as mentioned above from the prices indicated on the Price List.

It only makes sense - the sooner the project is completed the sooner you get results!

Prompt Pay Discount Conditions: A signed contract must be received in our within 2 days of receiving information, payment must be fedex'd to our office & received within 4 days and artwork within 3 weeks.

Look at what an ad in the folders gets you

- An ad in their (business cards size or larger - a minimum of 3000 presentation folders per office over the next 24 month period to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Advertising in a local real estate folder enables you to target a specific type of customer: the home buyer and seller. Research shows that people spend more money on their homes during the buying and selling phase than at any other time. Your ad in a local real estate folder catches these customers at just the right time - during and after a sale transaction.

- Once the folders are received in each office which takes about 8 to 10

weeks once the sales portion of the project is completed, you will be
invited to a 'Get-together' where you will have the opportunity to meet &
begin networking with the office(s).

- Your business will be listed on the Keller Williams website as a Service
Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt
reply as to whether you are interested in participating and at what level.
(Exclusivity is available, see price list for explanation or click on link
on the right - <http://realtorfolders.com/exclusivity.htm> Exclusivity)

I am interested, please contact me - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%20con
tact%20me> Here

I am not interested - Click
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at%20th
is%20time> Here

Regards

Charles Lapeer

RealtorFolders.Com

<mailto:charles@realtorfolders.com> charles@realtorfolders.com

Toll Free Tel: (800) 810-0268

From: "Pandora Folders" <pandorafolders@videotron.ca>
Date: Thu, 9 Aug 2007 14:34:49 -0600
To: "Jeffrey Aronheim" <jaronheim@comcast.net>
Subject: KW Contract/Invoice & payment instructions

<mailto:sales@realtorfolders.com?Subject=Received Contract> Please Confirm Receipt of this E-mail - Thank You

<http://www.templatezone.com/html-email-software/hie3-samples-hyperlinks.asp>

PandoraFolders * Houston TX 77079 * Phone/Fax Toll Free: 800-810-0268 <http://www.templatezone.com/App/HIE3/US-English/images/Ambassador_Red-Blue_Letterhead_I01.gif>

Hello Jeff

We thank you on behalf of Keller Williams for your participation!

Other offices in your area that I recommend are as follows:

Park Meadows on Park Meadows, Littleton 355 agents

Denver Tech Ctr on South Syracuse Way 430 agents

Denver Southeast on S. Parker Rd 132 agents

Littleton on West Plaza Dr 262 agents

I have attached the contract/invoice for the Keller Williams presentation folders as per your email.

Please indicate the office(s) you have decided on and the ad size as well. Of the two sizes I would recommend the 1/6 Page ad for the small difference in cost.

Please sign, date the contract & fax it to copy to (800) 810-0268.

Should you be able to qualify for th Prompt Pay Price, select it on the contract (by checking the approp. box) and the Preferreed Vendor Listing as well as it is included N/C with the Prompt Pay Discount.

We have 3 options (extras) available, Website Placement, the Guaranteed Page Placement & Preferred Vendor Listing all of which are described below.

Note: The Preferred Vendor Listing is included No Charge with the Prompt Pay Discount while the website listing is N/C with the 1/6 Page ad.

---

Option 1 - Guaranteed Page Placement

One way to make your ad really stand out from the others is having your ad appear in a particular position in the folder whether on the top or bottom of the page. The corners ads of the page are buy far the most noticeable spots in the folders as people tend to notice these ads first. Also the top of the 'Side Flap' is also a very noticeable placement. Only $199.95 for 2 years

---

Option 2 - Website Listing

<http://www.realtorfolders.com/insidefolder.html> With the Website Listing your company information will be placed on the KW website under a section entitled Keller Williams Preferred Vendors and gives your company name, contact, address, e-mail & website, etc.. Only $149.95 for 2 years (N/C with 1/6 Page ad or larger)

Go to the link below to view a sample... http://np.yourkwoffice.com/view_vendors
<http://mc.kw.com/Silicon_Valley/pages/service_providers.php>

Option 3 - Preferred Vendor Listing

<http://www.realtorfolders.com/insidefolder.html> The Preferred Vendor Listing can be seen by going to our website(link below). This listing much similar to a yellow page lising gives an alphabetic lising of the participants showing contact information etc. You can view a sample by going to our website by clicking the link below Only $489.95 for 2 years (N/C with Prompt Pay).

Go to the link below to view a sample... click on the second image

http://realtorfolders.com/FORMgallery1.htm

Qualification for the Prompt Pay Discount

We must receive items below by the dates indicated & as shown on the contract.

1) Fax a signed contract by August 10th to 800-810-0268

2) Send check by FedEx or UPS payable to Liberty to be received no later than August 13th to the address shown on the bottom of the contract & this email.

3) Advise of FedEx or UPS tracking number by August 10th.

4) Artwork must be received no later than August 24th.

ARTWORK

We require the artwork in one of the following formats; pdf, jpeg, tiff, cdr. All artwork is in full color, including logos, pictures etc and should be in high resolution with a 300 DPI minimum) and emailed to the address below or if a hard copy, sent to the same address shown at the bottom of this email.

Please email it to <mailto:artwork@realtorfolders.com> artwork@realtorfolders.com

Should you have any questions please contact me at your earliest convenience.

P.S. Sample ads will follow as soon as possible.

Thank you

Charles Lapeer

RealtorFolders.com
<mailto:charles@realtorfolders.com> charles@realtorfolders.com
Toll Free: Tel: (800) 810-0268


Liberty (Charles Lapeer)
Suite 895
14781 Memorial Drive
Houston, TX 77079

**From:** KW Folders [mailto:artwork@videotron.ca]
**Sent:** Tuesday, September 04, 2007 8:25 AM

**To:** Hannah Kadadu
**Subject:** Keller Williams Preferred Vendor Projects - Mortgage USA

**<u>Please Confirm Receipt of this E-mail - Thank You- Click Here</u>**

**Keller Williams Realty Preferred Vendor Projects**
Pandora Folders · Houston TX 77079 · Toll Free Phone/Fax 800-910-0268

**Participating Keller Williams offices:**
Greater Los Angeles Area offices
**<u>(Complete list of participating offices & price list</u>)**

### Hello Hannah

The team leaders and agents of Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Pandora will be producing their Presentation Folders for the next 2 years.

**Please review email before replying!**

**<u>I am interested, please contact me - Click Here</u>**

**<u>I am not interested - Click Here</u>**

Keller Williams one of the largest realtor offices in the area is putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24 months.

You can get a better idea of what the folders look like if you visit our web site at: http://www.realtorfolders.com. The folders will only display the Keller Williams Preferred Vendors, which the agents will promote on a daily basis.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (September 13th) being the Project Completion Date) <u>we are asking everyone to come to their decision within 3 days</u> otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you an incentive discount

called **PPD** or **'Prompt Pay Discount'** as our way of showing our appreciation for making your decision promptly.

---

# PROMPT PAY DISCOUNT (PPD)

**As an added incentive to you in enabling us to keep on schedule with our production date of September 13th, you can save on the price of participation when you take advantage of the PPD.**

**FREE AD: As a preferred vendor & participating in two or more projects you obtain an ad** <u>completely free of charge</u>. **See P/L (click here)**

**It only makes sense - the sooner the project is completed the sooner you get results!**

**Don't forget, review the Prompt Pay Discount Conditions located on the** <u>Price List: (click link for price list)</u>

---

### Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 3000 presentation folders per office over the next 24 month period to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the agents.

- The possibility to have your business listed on the Keller Williams website as a Preferred Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level.

<u>**I am interested, please contact me - Click Here**</u>

<u>**I am not interested - Click Here**</u>

Regards

## Charles Lapeer

*RealtorFolders.Com*
<u>charles@realtorfolders.com</u>
Toll Free Tel:  (800) 810-0268

**From:** KW Folders [mailto:artwork@videotron.ca]
**Sent:** Wednesday, February 13, 2008 8:44 AM
**To:** Brian Schmidt
**Subject:** Keller Williams Preferred Vendor Projects - Camarillo Home Loans

**Please Confirm Receipt of this E-mail - Thank You- Click Here**

**Keller Williams Realty Preferred Vendor Projects**
Pandora Folders ◇ Houston TX 77079 ◇ Toll Free Phone/Fax: 800-810-0268

**Participating Keller Williams offices:**
**Camirillo, Westlake Village, & Simi Valley offices**

(click here) >>>   **PRICE LIST**
(click here) >>> **PARTICIPATING OFFICES:**

**Hello brian**

The team leaders and agents of Keller Williams offices asked us to contact all their vendors and offer them the opportunity of participating in the Preferred Vendor project which we will be organizing over the next week. Pandora will be producing their Presentation Folders for the next 2 years.

**Please review email before replying!**

**I am interested, please contact me - Click Here**

**I am not interested - Click Here**

Keller Williams one of the largest realtor offices in the area is putting together their "Preferred Vendor" presentation folders that will be used daily by all agents. Inside the folder they will be highlighting their preferred vendors and these are the vendors that the agents will be recommending during the next 12 to 24months.

You can get a better idea of what the folders look like if you visit our **web site** . The folders will only display the

Keller Williams Preferred Vendors, which the agents will promote on a daily basis.

Limiting participation to only 2 lenders per office, we have contacted you (one of the first two) in order to offer you the first opportunity of participating in one or more of the projects. Being on a very tight schedule (February 20th) being the Project Completion Date) we are asking everyone to come to their decision within 3 days otherwise we will be obliged to contact another lender. With this in mind we have decided to offer you an incentive discount called **PPD** or **'Prompt Pay Discount'** as our way of showing our appreciation for making your decision promptly.

------

## PROMPT PAY DISCOUNT (PPD)

**As an added incentive to you in enabling us to keep on schedule with our production date of February 20th, you can save on the price of participation when you take advantage of the PPD.**

**FREE AD: As a preferred vendor & participating in two or more projects you obtain an ad completely free of charge. See P/L (click here)**

**It only makes sense - the sooner the project is completed the sooner you get results!**

**Don't forget, review the Prompt Pay Discount Conditions located on the Price List (click here) >>>   PRICE LIST**

------

### Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 1500 to 2000 presentation folders per office per year over the next 2 year period to be given away by a quality realtors in your area. All the graphics and ad preparation will be done for you, all included in one sponsorship fee.

- Once the folders are received in each office which takes about 8 to 10 weeks once the sales portion of the project is completed, you will be invited to a 'Get-together' where you will have the opportunity to meet & begin networking with the agents.

- The possibility to have your business listed on the Keller Williams website as a Preferred Service Provider giving your company maximum exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your prompt reply as to whether you are interested in participating and at what level.

**I am interested, please contact me - Click Here**

**I am not interested - Click Here**

Regards

**Charles Lapeer**

***Pandora Folders***
**email: charles**
**Toll Free Tel:  (800) 810-0268**


 P.S Inquire about how you can obtain a 5 page designed website (up to $300.00 Value) 'Free of Charge' by participating with a minimum participation of $1199.00 in one or more offices. **Click here for details**

KW Folders <artwork@videotron.ca>

04/16/2008 08:58 AM

     To

     Todd Flavio <todd_flavio@countrywide.com>


cc


Subject

     Keller Williams Preferred Vendor Projects - Countrywide Home
Loans


 Please Confirm Receipt of this E-mail - Thank You
<mailto:sales@realtorfolders.com?Subject=Received%20email> -
<mailto:sales@realtorfolders.com?Subject=Received%20email> Click Here
<mailto:sales@realtorfolders.com?Subject=Received%20email>


     Keller Williams Realty Preferred Vendor Projects


          Pandora Folders   Houston TX 77079 Toll Free Phone/Fax:
800-810-0268

Participating Keller Williams offices:
Fremont, Castro Valley, Pleasanton/Livermore (3offices) & Danville

(click here) >>>  PARTICIPATING OFFICES
<http://realtorfolders.com/PDFgalleryd6.htm> :

(click here) >>> PRICE LIST
<http://realtorfolders.com/PDFgalleryd6.htm>

Hello Todd

The team leaders and agents  of  Keller Williams offices asked  us  to
contact all  their  vendors  and offer them the opportunity of
participating in the Preferred Vendor project which we will be
organizing over the next week.  Pandora will be producing their
Presentation Folders for the next 2 years.

Please review email before replying!

  I am interested, please contact me
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%
2
0contact%20me> - Click Here
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%
2
0contact%20me>

   I am not interested
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at
%
20this%20time> - Click Here
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at
%
20this%20time>

Keller Williams one of the largest realtor offices in the area is
putting together their "Preferred Vendor" presentation folders that
will
be used daily by all agents. Inside the folder they will be
highlighting
their preferred vendors and these are the vendors that the agents will
be recommending during the next 12 to 24months.

You can get a better idea of what the folders look like if you visit
our
web site <http://www.realtorfolders.com/>  . The folders will only
display the Keller Williams Preferred Vendors, which the agents will
promote on a daily basis.

Limiting participation to only 2 lenders  per office, we have contacted
you (one of the first two) in order to offer you the first opportunity
of participating in one or more of the projects. Being on a very tight
schedule (April 22nd) being the Project Completion Date) we are asking
everyone to come to their decision within 3 days otherwise we will be
obliged to contact another lender. With this in mind we have decided to
offer you an incentive discount called PPD or 'Prompt Pay Discount' as
our way of showing our appreciation for making your decision promptly.

---

PROMPT PAY DISCOUNT (PPD)
As an added incentive to you in enabling us to keep on schedule with
our
production date of April 22nd, you can save on the price of
participation when you take advantage of the PPD.

It only makes sense - the sooner the project is completed the sooner
you
get results!
Don't forget, review the Prompt Pay Discount Conditions located on the
Price List

PRICE LIST <http://realtorfolders.com/PDFgalleryd6.htm>

---

Look at what an ad in the folders gets you:

- An ad in their (business cards size or larger - a minimum of 3000
presentation folders over the next 2 year period to be given away by a
quality realtors in your area. All the graphics and ad preparation will
be done for you, all included in one sponsorship fee.

- Once the folders are received in each office which takes about 8 to
10
weeks once the sales portion of the project is completed, you will be
invited to a 'Get-together' where you will have the opportunity to meet
& begin networking with the agents.

- The possibility to have your business listed on the Keller Williams
website as a Preferred Service Provider giving your company maximum
exposure to Keller Williams' clients.

With only two spots available per office we would appreciate your
prompt
reply as to whether you are interested in participating and at what
level.

I am interested, please contact me
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%
2
0contact%20me> - Click Here
<mailto:sales@realtorfolders.com?Subject=I%20am%20interested,%20please%
2
0contact%20me>

I am not interested
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at
%
20this%20time> - Click Here
<mailto:sales@realtorfolders.com?Subject=I%20am%20Not%20Interested%20at
%
20this%20time>


Regards

Charles Lapeer
Pandora Folders <http://realtorfolders.com/PDFgallerya22.htm>

email: charles <mailto:charles@realtorfolders.com>
Toll Free Tel:  (800) 810-0268

<http://www.ringcentral.com/ringme/ringme.asp?uc=55768000,0,&s=no&v=2&v
=
2>



 P.S Inquire about how you can obtain a 5 page designed website (up to
$300.00 Value) 'Free of Charge' by participating with a minimum
participation of $1199.00 in one or more offices. Click here for
details
<http://realtorfolders.com/PDFgalleryahosting.htm>