# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| KELLER WILLIAMS REALTY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-08-1292 |
| | § | |
| CHARLES LAPEER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Keller Williams Realty, Inc., has moved for entry of default. The motion establishes that the defendants, Charles Leeper and John Richards, and entities under which they were known or had done business, had failed to plead or defend this action. It is ordered that default be entered against the defendants under Rule 55(a).

It is further ordered that no later than December 1, 2008, Keller Williams Realty, Inc. must: move for judgment by default, certifying the notice to the defendants; submit affidavits with supporting documentation of damages, including a self-explanatory computation of any prejudgment interest sought; and submit affidavit evidence on attorney's fees, including a precise explanation of reasonable charges for the necessary service in prosecution of this case.

SIGNED on October 30, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge